UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HELEN PARRISH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:15-CV-3157-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on November 22, 2016, ECF No. 25, recommending Plaintiff's Motion for Summary Judgment, ECF No. 17, be granted and Defendant's Motion for Summary Judgment, ECF No. 24, be denied. Plaintiff filed objections to the Report and Recommendation on December 6, 2016. ECF No. 26. Defendant responded to Plaintiff's objections on December 7, 2016. ECF No. 27.

After reviewing the Report and Recommendation, the objections and the response, and relevant authorities; the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

1. Plaintiff's Objections to Magistrate Judge Dimke's Report and Recommendation, **ECF No. 26**, are **OVERRULED**.

2. The Report and Recommendation, **ECF No. 25**, is **ADOPTED** in its entirety.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 17,** is **GRANTED**.

4. Defendant's Motion for Summary Judgment, **ECF No. 24,** is **DENIED.**

5. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order and forward copies to the parties. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED December 19, 2016.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge
